## Felt et al. *v.* Cameron County Banking Corporation, Appellant.

OPINION BY MR. JUSTICE SCHAFFER, July 1, 1929:

In accordance with the stipulation of counsel that the order entered in No. 232, January Term, 1929 (Felt v. Emporium Land Co., supra), shall be treated as though filed in this case [No. 233, January Term, 1929], the order of the court below is affirmed at appellants' cost.